FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Criminal No. 8:21cr308 TPB-AEP

COREY SMALL

## WAIVER OF INDICTMENT

I, Corey Small, being accused of committing: (1) interference with commerce by robbery, in violation of 18 U.S.C. § 1951; (2) using, carrying, and brandishing a firearm during and in relation to, and possessing a firearm in furtherance of, robbery, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); (3) drug conspiracy, in violation of 21 U.S.C. § 846; (4) using, carrying, brandishing, and discharging a firearm during and in relation to, and possessing a firearm in furtherance of, the drug conspiracy, and causing the murder of L.F. by murder, in violation of 18 U.S.C. § 924(c) and (j); and (5) being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive prosecution by Indictment and consent that the charges against me may proceed by Information rather than by Indictment. Pursuant to Fed. R.

Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
COREY SMALL
Defendant

_____
Jervis Wise, Esq.
Counsel for Defendant

_____
Bjorn Brunvand, Esq.
Counsel for Defendant